**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES ROBINSON, | ) | NO. CV 11-06133 JVS (SS) |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| TERESER BANKS, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1 **IT IS ORDERED** that Judgment shall be entered dismissing this action
2 without prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner and counsel for Respondent.
6
7 **LET JUDGMENT BE ENTERED ACCORDINGLY.**
8
9 DATED: October 24, 2011
10 _____
11 JAMES V. SELNA
 UNITED STATES DISTRICT JUDGE