**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES ROBINSON, | ) | NO. CV 11-06133 JVS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TERESER BANKS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   October 24, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE